UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. James W. Perry                                            Docket Number: 01-cr-00036-WDM-01

**Petition on Supervised Release**

      COMES NOW, Kathleen A. Keenan, probation officer of the court, presenting an official report upon the conduct and attitude of James W. Perry who was placed on supervision by the Honorable Walker D. Miller sitting in the Court at Denver, Colorado, on the 17th day of May, 2002, who fixed the period of supervision at 3 years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. The defendant will be required to pay the cost of treatment as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the modification of the defendant's conditions of supervised release to include the following: The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment. The defendant shall remain compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications are maintained. The defendant shall reside in a residential re-entry center for a period of up to 4 months to commence as soon as bed space is available, and shall observe the rules of that facility.

      ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this _____4th__ day of October, 2007, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | /s/Kathleen A. Keenan |
| | Kathleen A. Keenan |
| | Senior Probation Officer |
| s/ Walker D. Miller | |
| Walker D. Miller | Place: Colorado Springs, Colorado |
| United States District Judge | |
| | Date: October 3, 2007 |

**ATTACHMENT**

On December 28, 2006, the conditions of supervised release were read and explained to the defendant. On that date he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided with a copy of them. The term of supervised release commenced on December 29, 2006.

On September 27, 2007, the defendant and his attorney executed a form entitled "Waiver of Hearing to Modify Conditions of Probation/Supervised Release to Extend Term of Supervision" which waives the right to a hearing and agrees to the proposed modification of the conditions of supervised release. AUSA Linda A. McMahan has been consulted and has no objection to the proposed modifications.

The defendant's term of supervised release commenced on December 29, 2006. Due to the defendant's and his wife's history of domestic violence, the defendant was referred to Confidential Health Consultants and directed to participate in family counseling in conjunction with substance abuse counseling. On June 2, 2007, the couple was involved in a domestic argument which resulted in both parties sustaining minor injuries. The defendant was arrested on June 4, 2007, and has been charged in El Paso County Court Docket No. 2007-M-4327 with Third Degree Assault and Harassment and is on bond. His wife was arrested on June 6, 2007, and charged in El Paso County Court Docket No. 2007-M-4359 with Third Degree Assault and is on bond. On July 31, 2007, charges against the defendant's wife were dismissed.

On August 5, 2007, the defendant and his wife, Kelly Witt Perry, were involved in a domestic argument that escalated to the defendant taking a Samari sword off the wall, and threatening to harm his wife and her 14 year old daughter. On August 9, 2007, the defendant was arrested and charged in El Paso County District Court Docket No. 2007-CR-3666 with Extortion (Class 4 Felony); Felony Menacing (Class 5 Felony); Obstruction of Telephone Services (Class 1 Misdemeanor); Child Abuse - No Injury (Class 2 Misdemeanor); Violation of Protection Order (Class 2 Misdemeanor), and Harassment (Class 3 Misdemeanor).

At the time of both incidents, the defendant's wife reported that the defendant was under the influence of alcohol. On August 15, 2007, the defendant submitted a urine sample at Confidential Health Consultants, our federally contracted substance abuse program, that tested positive for the use of alcohol.

In response to the defendant's actions, and due to the high potential of continued third party risk and the escalation of violence as outlined in the offense reports, I believe the defendant needs to be more closely monitored which can be accomplished by placement at a community corrections center. In addition, I am requesting a modification of conditions to include mental health counseling to address anger management. As noted above, on September 27, 2007, the defendant and his attorney agreed in writing to the proposed modifications of conditions of supervised release.